UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GERALD JEANMARD, § | |
| § | |
| *Plaintiff*, § | |
| § | CASE NO. 1:08-CV-284 |
| v. § | |
| § | JUDGE RON CLARK |
| KT MAINTENANCE CO., INC. and § | |
| MOTIVA ENTERPRISES, LLC, § | |
| § | |
| *Defendant*s. | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion to Dismiss with Prejudice [Doc. # 23]. The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Agreed Motion to Dismiss with Prejudice [Doc. # 23] is GRANTED.  Plaintiff Gerald Jeanmard's claims against Defendants KT Maintenance Co., Inc. and Motiva Enterprises, LLC, as well as any other claims which could have been asserted by Plaintiff in this lawsuit against these Defendants, are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that costs shall be borne by the party incurring the same. All relief not specifically granted herein is DENIED.

So **ORDERED** and **SIGNED** this **25** day of **June, 2009.**

_____
Ron Clark, United States District Judge